428 A.2d 1342

**In re ADOPTION OF Damien BROWNSTEIN and Raymond Brownstein, Minors.**

Supreme Court of Pennsylvania.

Argued April 28, 1981.

Decided May 11, 1981.

O. Randolph Bragg, Scranton, for appellant.

George Houck, Scranton, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The decree of the Court of Common Pleas of Lackawanna County, Orphans' Court Division, is affirmed. Each party pay own costs.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.

FLAHERTY, J., dissents.